# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-553
Lower Tribunal No. 2022DR-003880

_____

JACKSON SWAN,

Appellant,

v.

KIMBERLY LUNA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Kelly P. Butz, Judge.

February 13, 2024

PER CURIAM.

     AFFIRMED.

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.

Donna M. Krusbe, of Billing, Cochran, Lyles, Mauro & Ramsey, P.A., Palm Beach Gardens, for Appellant.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED